**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

**RE: Kristopher Garza**

**Case No.: TO BE ASSIGNED**

**<u>SUPERVISON REPORT</u>**
**<u>REQUESTING ACCEPTANCE OF JURISDICTION</u>**

**January 21, 2025**

TO: U.S. District Judge:

On March 29, 2018, Kristopher Garza was sentenced by the Honorable Cindy K. Jorgenson in the United States District Court for the District of Arizona to Eighty (80) months in custody, followed by Lifetime supervision.

On May 28, 2024, Garza became a resident of the District of Nevada after acceptance from your District for a transfer of supervision, residing with her family at 1137 Bounty Court Sparks, Nevada 89431. She is employed as a clerk at Sprouts Market in Reno, NV and has been attending treatment and polygraph examinations as scheduled. She is also in a romantic relationship with a fellow offender under supervision, and close with his family as another support network, which has been monitored closely by this probation office.

The Honorable Cindy K. Jorgenson has agreed to relinquish jurisdiction, as evident by her signature on the attached Transfer of Jurisdiction form. If Your Honor agrees, please countersign the form accepting Jurisdiction.

                                             Respectfully submitted,

                                             _____

                                             Anthony Spinella
                                             United States Probation Officer

Approved:


_____
Erik Flocchini
Supervisory United States Probation Officer

| | |
|---|---|
| PROB 22 (Rev. 01/24) | **DOCKET NUMBER** *(Transferring Court)* CR-17-00152-001-TUC-CKJ (LCK) |
| **TRANSFER OF JURISDICTION** | **DOCKET NUMBER** *(Receiving Court)* 3:25-cr-1-MMD-CSD |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT District of Arizona | DIVISION 4: Tucson |
|---|---|---|
| Kristopher Paul Garza | NAME OF SENTENCING JUDGE Cindy K. Jorgenson Senior U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 12/1/2023    TO LIFE |

**OFFENSE**
Attempted Receipt of Child Pornography (3 counts); Knowing Access of Child Pornography; Possession of Child Pornography

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
The Probation Office in the District of Nevada has requested a transfer of jurisdiction to allow for any future concerns while on supervision to be addressed efficiently by their District.

**PART 1- ORDER TRANSFERRING JURISDICTION**

### UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, Kristopher Paul Garza, be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

1/17/2025
Date

Cindy K. Jorgenson
Senior U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2- ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT DISTRICT OF NEVADA**

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

January 21, 2025
Effective Date

United States District Judge